An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL JAMES DUCKWORTH,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 66380

**FILED**

FEB 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from "the East Fork Justice Court's Judgment of Conviction . . . which resulted from the Ninth Judicial District Court's Order reversing the Justice Court's Order granting the Defendant's Motion to Suppress." Ninth Judicial District Court, Douglas County; Michael P. Gibbons, Judge.

Our initial review of this appeal revealed a potential jurisdictional defect. Specifically, district courts have exclusive "final appellate jurisdiction in cases arising in Justices Courts," Nev. Const. art. 6, § 6(1), and thus this court is constitutionally proscribed from appellate review of the justice court's judgment. *See also* NRS 177.015(1)(a); *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Further, to the extent appellant appeals from the district court order reversing the justice court's order granting a motion to suppress evidence, no statute or court rule allows an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, on September 24, 2014, this court entered an order allowing appellant's counsel 20 days to show cause why this appeal should not be dismissed for lack of

15-03657

jurisdiction. To date, appellant's counsel has failed to respond to the order to show cause. Therefore, we

ORDER this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Michael P. Gibbons, District Judge
       Derrick M. Lopez
       Attorney General/Carson City
       Douglas County District Attorney/Minden
       Douglas County Clerk
       Daniel James Duckworth